# NO. 12-17-00381-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SCOTT DAMON RICHARDSON,* *APPELLANT* | § | *APPEAL FROM THE 354TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *WAYNE WOLFE,* *APPELLEE* | § | *RAINS COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Scott Damon Richardson, has filed a pro se motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered January 3, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 3, 2018**

**NO. 12-17-00381-CV**

**SCOTT DAMON RICHARDSON,**
Appellant
V.
**WAYNE WOLFE,**
Appellee

Appeal from the 354th District Court

of Rains County, Texas (Tr.Ct.No. 10299)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*